UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                        -against-

                                                            **21 MJ 01001**

DION JOYCE

                                        Defendant(s).
------------------------------------------------------------------X

Defendant __Dion Joyce_____ hereby voluntarily consents to
participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_/s/ Dion Joyce by JCM on consent___             _____
Defendant's Signature                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Dion Joyce_____             _Howard E. Tanner_____
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_2/3/2021_____             _____
Date                                             U.S. District Judge/U.S. Magistrate Judge