**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE** | **WHITE PLAINS OFFICE** |
| 299 BROADWAY | 175 MAIN STREET |
| SUITE 1700 | SUITE 800 |
| NEW YORK, NY 10007 | WHITE PLAINS, NY 10601 |
| OFFICE: (212) 962-1333 | OFFICE: (914) 358-5998 |
| FAX: (212) 962-1778 | FAX: (914) 761-0995 |

February 9, 2021

Honorable Andrew E. Krause
United States Magistrate Judge
United States District
Courthouse Southern District of
New York 300 Quarropas Street
White Plains, NY 10601

BY ECF

        Re:    *USA v. Dion Joyce*, 21 MJ 01001
              Motion for Extension for Compliance with Bond Conditions

Dear Judge Krause:

       I am appointed to represent the above defendant pursuant to CJA. On February 3, 2021, the defendant made his initial appearance before the Honorable Judith C. McCarthy and was granted pretrial release which included a $50,000 unsecured personal recognizance bond co-signed by two financially responsible persons and electronic monitoring with curfew. (ECF Doc No. 8). The defendant was then released on his signature, on consent, with a deadline of Wednesday, February 10, 2021 for the sureties to execute the bond.

       Due to unforeseen delay in obtaining the sureties, I write to the Court to request an additional week to Thursday, February 17, 2021, for the defendant to comply. Mr. Joyce has been in compliance with all other conditions of his pretrial release. AUSA Josiah Pertz informs me that the Government has no objection to this application.

       Thank you, Your Honor, for your consideration.

                                                      Very truly yours,

**APPLICATION GRANTED**

*/s/ Andrew Krause*

**Hon. Andrew Krause, U.S.M.J.**

2/10/21

                                                               Tanner & Ortega, L.L.P.

                                                                */s/ Howard E. Tanner*

                                                                Howard E. Tanner

cc:    AUSA Josiah Pertz (By ECF)