**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

February 17, 2021

Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **SO ORDERED:**
> Application granted.
>
> _____Judith C. McCarthy_____  2-17-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

BY ECF and EMAIL/PDF

Re:   *USA v. Dion Joyce*, 21 MJ 01001
      Motion for Extension to Comply with Bond Conditions

Dear Judge McCarthy:

    I am appointed to represent the defendant, Mr. Dion Joyce, pursuant to CJA. On February 3, 2021, the defendant made his initial appearance before this Court and Your Honor granted him pretrial release which included a $50,000 unsecured personal recognizance bond to be co-signed by two financially responsible persons and electronic monitoring with curfew. (ECF Doc No. 8). Mr. Joyce was released on his signature with a deadline of February 10, 2021 for the sureties to execute the bond. On February 10, 2021, the defendant was granted a one week extension for compliance ,to February 17, 2021 by the Honorable Andrew E. Krause. (ECF Doc No. 13).

    As of today, the deadline for compliance,  one surety has signed the bond, but the second person has decided not to do so. Additionally, I have been informed by Pretrial Services that my client will be entering a 28 day in-patient drug treatment program in New Jersey.

    Given these circumstances, I write to the Court for a second extension, to March 17, 2021, the defendant's projected release date from the program, for Mr. Joyce to obtain the second surety . The Government consents to this application.

    Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Josiah Pertz (By ECF and Email/PDF)