**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 17, 2021

Honorable Paul E. Davison
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

          Re:    *USA v. Dion Joyce*, 21 MJ 01001
                 Motion to Modify Bond Conditions and for Extension

Dear Judge Davison:

      I am appointed to represent the defendant, Mr. Dion Joyce, pursuant to CJA. On February 3, 2021, the defendant made his initial appearance before this Court and was granted pretrial release which included a $50,000 unsecured personal recognizance bond to be co-signed by two financially responsible persons and electronic monitoring with curfew. (ECF Doc No. 8). Mr. Joyce was released on his signature with a deadline of February 10, 2021 for the sureties to execute the bond. On February 10, 2021, the defendant was granted a one week extension for compliance, to February 17, 2021. (ECF Doc No. 13). On February 17, 2021, a second extension extension, to March 17, 2021, was granted due to the defendant's inability to secure a second surety and his entering a 28 day in-patient drug treatment program. (ECF Doc No. 15).

      As of today, the deadline for compliance, I write to the Court for two reasons, both on consent of the Government. First, for the Court to modify a bond condition to reduce the number of sureties from two to one, leaving all other bond conditions in place; and second, for a third extension, to March 31, 2021, for compliance, as the defendant is still in-patient as confirmed to me by Pretrial Services.

      Thank you, Your Honor, for your consideration of this matter.

> Both requests granted. Release conditions modified to the extent that only 1 cosigner is required. Deadline for perfection of the bond extended to 3/31/21
>
> SO ORDERED 3/17/21

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:    AUSA Josiah Pertz (By ECF and Email/PDF)