**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 29, 2021

Honorable Paul E. Davison
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

        Re: *USA v. Dion Joyce*, 21 MJ 01001
          Motion for Extension to Satisfy Bond Conditions

Dear Judge Davison:

  I am appointed to represent the defendant, Mr. Dion Joyce, pursuant to CJA. On February 3, 2021, the defendant made his initial appearance before this Court and was granted pretrial release which included a $50,000 unsecured personal recognizance bond to be co-signed by two financially responsible persons and electronic monitoring with curfew. (ECF Doc No. 8). Mr. Joyce was released on his signature with a deadline of February 10, 2021 for the sureties to execute the bond. On February 10, 2021, the defendant was granted a one week extension for compliance, to February 17, 2021. (ECF Doc No. 13). On February 17, 2021, a second extension extension, to March 17, 2021, was granted due to the defendant's inability to secure a second surety and his entering a 28 day in-patient drug treatment program. (ECF Doc No. 15). On March 17, 2021, Your Honor granted a third extension to to March 31, 2021, owing to the defendant's continued in-patient drug treatment status, as well as a modification to bond conditions in reducing the number of required sureties from two to one. (ECF Doc No. 21).

  As the defendant remains in-patient, I write to the Court for a fourth extension, to April 14, 2021, for the defendant to perfect bond. The Government has no objection to this application.

  Thank you, Your Honor, for your consideration of this matter.

Granted. So ordered 3/30/21

[signature]

Very truly yours,

Tanner & Ortega, L.L.P.

[signature]
Howard E. Tanner

cc: AUSA Josiah Pertz (By ECF and Email/PDF)